Motion DENIED AS MOOT.

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 3:25-00171 |
| v. | ) JUDGE TRAUGER |
| | ) MAGISTRATE JUDGE HOLMES |
| PENELOPE CONVERTINO | ) |

## MOTION TO AMEND CONDITIONS OF RELEASE

Through counsel, Penelope Convertino asks the Court to amend her conditions of release to remove the requirements for home detention and location monitoring technology. In support of this motion, Ms. Convertino would show as follows:

1. Ms. Convertino was placed on pretrial release, with the agreement of the government, on August 28, 2025. (Doc. No. 13.) Condition 7(s)(i) requires that Ms. Convertino submit to location monitoring technology. (*Id.* at 3.) Condition 7(r)(ii) imposes home detention and obligates Ms. Convertino to obtain permission for any departure from her residence. (*Id.*) Ms. Convertino now asks that these conditions be removed.

2. To address the government's concerns, Ms. Convertino suggests that a condition be added requiring her to obtain permission from the pretrial services officer any time she plans to leave Rutherford County. The release order already contains conditions that Ms. Convertino "not have any contact, direct or indirect, with Senator Blackburn, her staff, or her offices" and "not call, contact, or post on